# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 25-1033-JPR**                                                                 Date: **May 22, 2025**
Title:  **Sam Benford v. Broadway Cuisine et al.**

===================================================================

**DOCKET ENTRY: Order to Plaintiff to Show Cause for Failure to Prosecute**

===================================================================

PRESENT:

        **HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                                                                  None present

**PROCEEDINGS: (IN CHAMBERS)**

    On February 6, 2025, Plaintiff filed the Complaint in this civil action.  Under Federal Rule of Civil Procedure 4(m), he was required to effect service on Defendant no later than May 7, and under Local Rule 4-6 he was required to file a proof of service no later than 14 days thereafter.  No proof of service as been filed.

    Accordingly, if Plaintiff does not either file a proof of service or request an extension of time to effect service, with a showing of good cause, within seven days of the date of this order, this action will likely be dismissed for failure to prosecute.

MINUTES FORM 11                                                                                         Initials of Deputy Clerk: bm
CIVIL-GEN